PROB 12C
(6/16)

Report Date: October 23, 2018

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 23, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremiah J. Pickup          Case Number: 0980 2:18CR00030-RMP-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Marco A Hernandez, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: September 9, 2013

| | | |
|---|---|---|
| Original Offense: | Bank Robbery, 18 U.S.C. § 2113(a) - (Counts 1 -3) | |
| Original Sentence: | Prison - 70 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: December 6, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: December 5, 2020 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 11**: The defendant shall notify the probation officer within 72 hours of any change in residence or employment.<br><br>**Supporting Evidence**: Jeremiah Pickup failed to notify his U.S. probation officer prior to a change in residence.  The undersigned officer spoke with Mr. Pickup's stepmother on October 22, 2018. She informed the undersigned officer that Mr. Pickup was asked to leave the residence on October 3, 2018, due to him not agreeing to follow the rules of the residence.<br><br>Mr. Pickup failed to notify his U.S. probation officer of any change in residence.<br><br>On December 7, 2017, Jeremiah Pickup signed his judgment for case number 2:18CR00030-RMP-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Pickup was made aware by his U.S. probation officer that he must notify his probation officer at least 10 days prior to any change in residence. |

Prob12C
Re: Pickup, Jeremiah J.
October 23, 2018
Page 2

| | | |
|---|---|---|
| 2 | | **Standard Condition # 14**: The defendant shall not knowingly associate with any persons engaged in criminal activity, and shall not knowingly associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |

**Supporting Evidence**: Jeremiah Pickup associated with persons engaged in criminal activity on or about October 20, 2018.

According to Lewiston Police Department report number 18-L16662, Mr. Pickup was pulled over after the officer observed he was driving a vehicle with expired tabs. Once Mr. Pickup was apprehended and placed under arrest, he advised the arresting officer that the female passenger in the vehicle had just injected something into her arm. Mr. Pickup advised the officer to be careful when searching the vehicle. It should be noted a search of the vehicle revealed three uncapped syringes directly underneath the front passenger seat with remnants of a clear liquid inside and fresh blood on the needles. The passenger was arrested for possession of drug paraphernalia. A search of the rear of the vehicle revealed more drug paraphernalia belonging to the passengers in the rear of the vehicle. Mr. Pickup was associating with persons engaged in criminal activity.

On December 7, 2017, Jeremiah Pickup signed his judgment for case number 2:18CR00030-RMP-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Pickup was made aware by his U.S. probation officer that he must not associate with persons engaged in criminal activity.

3   **Standard Condition # 2**: The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. Revocation of probation or supervised release is mandatory for illegal possession of a controlled substance.

**Supporting Evidence**: Jeremiah Pickup failed to obey all laws by obstructing police on October 20, 2018.

According to Lewiston Police Department report number 18-L16662, a Lewiston police officer observed a vehicle with expired tabs. The officer activated his emergency lights in an attempt to stop the vehicle. The driver, later identified as Jeremiah Pickup, failed to pull over and continued to drive slowly through a parking lot. The officer felt the driver was looking for a place to flee on foot. After a short distance, the vehicle came to a stop near the side of a hotel. Mr. Pickup then opened the car door and fled on foot. After a short foot pursuit, Mr. Pickup stopped running and was apprehended by the officer. Mr. Pickup was arrested for obstructing law enforcement and was booked into the Nez Perce County Jail.

On December 7, 2017, Jeremiah Pickup signed his judgment for case number 2:18CR00030-RMP-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Pickup was made aware by his U.S. probation officer that he must not associate with persons engaged in criminal activity.

4   **Standard Condition # 2**: The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. Revocation of probation or supervised release is mandatory for illegal possession of a controlled substance.

Prob12C
**Re: Pickup, Jeremiah J.**
**October 23, 2018**
Page 3

**Supporting Evidence**: According to Lewiston Police Department report number 18-L16662, Mr. Pickup was pulled over after the officer observed he was driving a vehicle with expired tabs. The officer activated his emergency lights in an attempt to stop the vehicle. The driver, later identified as Jeremiah Pickup, failed to pull over and continued to drive slowly through a parking lot. The officer felt the driver was looking for a place to flee on foot. After a short distance, the vehicle came to a stop near the side of a hotel. Mr. Pickup was arrested for eluding a pursuing police vehicle and was booked into the Nez Perce County Jail.

On December 7, 2017, Jeremiah Pickup signed his judgment for case number 2:18CR00030-RMP-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Pickup was made aware by his U.S. probation officer that he must not associate with persons engaged in criminal activity.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/23/2018

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10/23/2018
Date