PROB 12C
(6/16)

Report Date: August 1, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremiah J. Pickup      Case Number: 0980 2:18CR00030-RMP-1

Address of Offender:                    Clarkston, Washington 99403

Name of Sentencing Judicial Officer:  The Honorable Marco A. Hernandez, U. S. District Judge
Name of Supervising Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: September 9, 2013

| | | |
|---|---|---|
| Original Offense: | Bank Robbery, 18 U.S.C. § 2113(a) - (Counts 1 -3) | |
| Original Sentence: | Prison - 70 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(11/28/18) | Prison - 24 days<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: December 6, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: December 5, 2020 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Jeremiah Pickup violated special condition number 4 by failing to successfully complete an approved substance abuse treatment program.<br><br>Mr. Pickup completed intensive inpatient treatment on June 21, 2019. At that time he was directed to follow through with intensive outpatient treatment. Mr. Pickup met with the treatment provider and was directed to start intensive outpatient treatment on July 15, 2019. Mr. Pickup failed to start treatment as directed on July 15, 2019, and has not attended any treatment sessions since that date. As of the date of this report, Mr. Pickup is not in |

Prob12C
Re: Pickup, Jeremiah J.
**August 1, 2019**
Page 2

    compliance with his treatment recommendations.

    On December 11, 2018, Jeremiah Pickup signed his judgment for case number 2:18CR00030-RMP-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Pickup was made aware by his U.S. probation officer that he must follow through with and successfully complete all recommended chemical dependency treatment.

2    **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Jeremiah Pickup violated special condition number 6 by consuming controlled substances, heroin and methamphetamine, on July 29 and 30, 2019.

    On July 30, 2019, the undersigned officer met Jeremiah Pickup at Quality Behavioral Health to collect a urine sample. Mr. Pickup arrived at the location and admitted to consuming heroin and methamphetamine on July 29 and 30, 2019. Mr. Pickup signed a drug use admission form.

    On December 11, 2018, Jeremiah Pickup signed his judgment for case number 2:18CR00030-RMP-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Pickup was made aware by his U.S. probation officer that he must abstain from the use of illegal controlled substances while on supervised release.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/01/2019

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons

*Rosanna Malouf Peterson*

Signature of Judicial Officer

8/01/2019

Date